**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

Y.Y.L.E.,                                          :
                                                   :
                Petitioner,                        :
                                                   :
v.                                                 :        Case No. 4:26-cv-416-CDL-ALS
                                                   :
WARDEN, STEWART DETENTION                          :
CENTER, *et al.*,                                  :
                                                   :
                Respondents.                       :
_____

**ORDER**

On March 19, 2026, in relevant part, the Court received Petitioner's *pro se* application for habeas relief pursuant to 28 U.S.C. § 2241 and motion to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 3). Petitioner, however, failed to provide sufficient information for the Court to determine whether he qualifies to proceed IFP. While it appears Petitioner likely will qualify to proceed IFP, his allegations of his inability to pay the $5.00 filing fee were not declared under penalty of perjury. (ECF No. 3). Thus, at this time, there is no affidavit before the Court that is "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004) (internal quotation marks and citation omitted). Consequently, Petitioner is **ORDERED** to recast his motion to proceed IFP within **FOURTEEN (14) DAYS** on the Court's standard long-form motion to proceed IFP. The Clerk is directed to forward to Petitioner a long-form IFP form to Petitioner with this case number filled in for Petitioner's use in complying with this Order.

**SO ORDERED**, this 20th day of March, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE