IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YELSIN YASMIR LAINEZ ESPINOSA,                    *

               Petitioner,                    *

v.                    Case No.  4:26-cv-416-CDL-ALS

                                      *

Warden, STEWART DETENTION CENTER, *et*
*al.,*                    *

               Respondents.                    *

_____

# J U D G M E N T

Pursuant to this Court's Order dated 6/24/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of June, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk